IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LUIS FERNANDO SOSA-ORTIZ,<br><br>　　　　　　　Defendant. | No. CR 13-00239 SI<br><br>[P~~ROPOSED~~] RELEASE ORDER |

The government has moved the Court to dismiss the indictment against the above captioned defendant. Accordingly, this Court hereby orders Mr. Sosa Ortiz released from U.S. Marshal custody forthwith.

9/3/13
DATED

　　　　　　　　　　　　　HON. SUSAN ILLSTON
　　　　　　　　　　　　　United States District Court Judge

*Fernando-Ortiz*, CR 13-0239 SI
RELEASE ORD.